NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL W. BLASHFORD**,
*Claimant-Appellant,*

**v.**

**Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS**,
*Respondent-Appellee.*

---

2013-7094

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-0575, Chief Judge Bruce E. Kasold.

---

Before NEWMAN, *Circuit Judge.*

**O R D E R**

The United States Court of Appeals for Veterans Claims ("Veterans Court") received Michael Blashford's notice of appeal on April 18, 2013. Judgment was entered by the Veterans Court on February 6, 2013. As such, a total of 71 days had elapsed between judgment and receipt of the appeal.

A notice of appeal of a decision of the Veterans Court must be filed within 60 days after that court's entry of

2                    MICHAEL BLASHFORD v. SHINSEKI

judgment.  38 U.S.C. § 7292(a); 28 U.S.C. § 2107.  *See also*
Fed. Cir. R. 4 (Practice Note).  Thus, it appears that this
appeal is untimely and must be dismissed.

Accordingly,

IT IS ORDERED THAT:

(1)  Mr. Blashford is directed to show cause, within 14
days of the date of filing of this order, as to why his ap-
peal should not be dismissed as untimely.  The Secretary
may also respond by that date.

(2)  The briefing schedule is stayed.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s25